```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :
       - v. -                     :        INFORMATION
                                  :
ANTONIO VALDOVINOS-PALOMINOS,     :        08 Cr.
                                  :
             Defendant.           :
- - - - - - - - - - - - - - - - - x
```

**ORIGINAL**

## COUNT ONE

The United States Attorney charges:

On or about June 11, 2008, in the Southern District of New York and elsewhere, ANTONIO VALDOVINOS-PALOMINOS, the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been denied admission, excluded, deported and removed from the United States, on or about November 20, 1999, subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about November 2, 1999, in Dekalb County, Georgia, for theft by receiving stolen property, in violation of O.C.G.A. Section 16-8-7, and without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

*[signature]*
MICHAEL J. GARCIA
United States Attorney