UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA              :

v.                                    :

                                                                08 Cr. 646

ANTONIO VALDOVINOS-PALOMINOS,         :

              Defendant.              :   Judge Robinson

------------------------------------x

ANTONIO VALDOVINOS-PALOMINOS, the above-named defendant, who is accused of violating Title 8, United States Code, Sections 1326 (a) and (b)(2), having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                                                                    Defendant

                                                                                                Counsel for Defendant

Date:  White Plains, New York
         July 16, 2008